

Case 5:25-mc-00004-SLP     Document 1-2     Filed 09/09/25     Page 1 of 2



### RE: [EXT] Commissioner Long provided me your email through Congressman Buddy Carter. Please call me. Thank you

Schindler Frederick W <Frederick.W.Schindler@irs.gov>
To: Guinevere Moore

Wed 7/23/2025 4:26 PM

(i) Encrypted - Permission granted by: Frederick.W.Schindler@irs.gov

Ms. Moore – That's correct, enforcement action is stayed until the CAP is resolved. My understanding is that the taxpayer called and spoke to somebody yesterday and that attempts to reach the Power of Attorney listed on the account were not successful today. An appointment letter was mailed to the taxpayer and representative today.

From: Guinevere Moore <guinevere.moore@mooretaxlawgroup.com>
Sent: Wednesday, July 23, 2025 11:22 AM
To: Killen Edward T <Edward.T.Killen@irs.gov>; Crawford, Chris <Chris.Crawford@mail.house.gov>; JERRY WILLIAMS <jerrywilliamsmd@icloud.com>
Cc: Grant Dianne <Dianne.Grant@irs.gov>; Sarah Tuscher <sarah.tuscher@mooretaxlawgroup.com>; Grant Dianne <Dianne.Grant@irs.gov>; Schindler Frederick W <Frederick.W.Schindler@irs.gov>; Askey Elizabeth P <elizabeth.p.askey@irs.gov>; Babar Shahid A <Shahid.A.Babar@irs.gov>
Subject: RE: [EXT] Commissioner Long provided me your email through Congressman Buddy Carter. Please call me. Thank you

Thank you for the message. You are correct that a CAP hearing was requested on behalf of Dr. Williams. Please confirm no enforced collection action will be taken pending the outcome of the CAP hearing.

We have not heard from the IRS regarding scheduling the hearing.

**Guinevere Moore**
Managing Member
Moore Tax Law Group LLC
2205 W. Armitage Ave., Suite 1
Chicago, IL 60647
guinevere.moore@mooretaxlawgroup.com