

**From:** Joe Skalski
**Sent:** Wednesday, August 6, 2025 4:19 PM
**To:** '18774393430@efaxsend.com' <18774393430@efaxsend.com>
**Cc:** Carmen Burroughs <carmen@skalskilaw.com>
**Subject:** RE: Dr. Jerry Williams - IRS Tax Defense

Dear Mr. Yore:

In follow up to the CAP conference we had today, please be advised:

- I thought we were making real headway with Dr. Williams being able to supply crucial details about the past history of reconciliation with the IRS and specifically the roles played by both Ms. Tiffany Wilde and the local revenue officer in Savannah, whose name was something like M.J. Liddell.
- I was disappointed that you abruptly hung up on the rest of us, including Jacob Astarita, Ed Jones and Kimberly Floyd as well as Mr. Fenn Little, Ms. Carmen Burroughs and Dr. Jerry Williams.
- While I can appreciate (as a former federal civil servant during the Carter administration) that federal employees are going through tough times right now, I must say I found it disturbing that you simply disconnected the call from the rest of us that were trying to continue the conversation.
- In particular, Mr. Astarita, after you exited the call, began to share with the group that he did find the refund that was issued in 2022 for the 3rd quarter of 2021, but before he could complete his thought process on that, the call was terminated by you.
- All I can conclude from this is that you were prevented from continuing with your pre-planned protocol to limit discussion to the transcripts themselves. However, such a limitation is too restrictive. Saying the transcripts are accurate is like a creditor telling a customer that they owe money because that's what it says on the bill. The problem, which you seem to refuse to recognize or even entertain is that the transcripts can be incorrect, and in this specific case they do seem to be incorrect.
- Ms. Burroughs requested that you forward a copy of the analysis that Mr. Astarita had given you to us and the taxpayer so that we can all be on the same page. You had not agreed to do so. (If additional powers of attorney are required to get that document, please let us know for which entities, and we will obtain them for you.)
- As stated at the outset, our Firm is collaborative and we have a cooperative taxpayer. However, it is imperative that the government be willing to look at the total picture and not just a restricted, limited, manicured transcript.
- It seems possible to us that Ms. Wilde and Mr. Liddell did find offsets to the amounts the IRS originally alleged were owed by the taxpayer, and perhaps all the offsets were done as to each entity, but that the Trust Fund Recovery Penalty imposed against Dr. Williams failed to drop off after all the offsets occurred. This is something, in the interests of justice, and to avert a manifest injustice, must be looked at.
- Further, it seems the information conveyed by Dr. Williams as to timely filing of the 2009 and subsequent 1040 forms are probative of timely filing, despite the recording of a late

filing somehow coded by the IRS. Again, it seems you are relying absolutely on codes placed on transcripts as determinative and conclusive without entertaining evidence that Dr. Williams offered to provide to the contrary.

- Your denial that any refunds were issued by IRS were counter to the information subsequently conveyed by Mr. Astarita. Perhaps this is why you decided to abruptly end the call?

In any event, Dr. Williams and his counsel wish to go on record as wishing to continue to investigate and continue the Congressionally-ordained inquiry that you so abruptly stopped cold.

If you do not feel you can be objective regarding this matter, then perhaps this case should be reassigned to someone who can be.

Please govern yourself accordingly.


Joseph C. Skalski
Skalski Law Firm, LLC
1867 Independence Square, Suite 103
Dunwoody, Georgia 30338
678-336-5329 ext. 105



**From:** Joe Skalski
**Sent:** Tuesday, August 5, 2025 1:19 PM
**To:** jennifer.bell@irs.gov; 18888624146@efaxsend.com; 18774393430@efaxsend.com
**Cc:** Carmen Burroughs <carmen@skalskilaw.com>; Dorte Bieber <dorte@skalskicpas.com>
**Subject:** RE: Dr. Jerry Williams - IRS Tax Defense

Dear M. Bell and M. Yore:

Just following up on my email of yesterday and my phone message to M. Yore at 1 pm ET today.

See below.

If you have an opportunity, please contact me; otherwise we'll speak at 1 pm ET tomorrow.


Joseph C. Skalski
Skalski Law Firm, LLC
1867 Independence Square, Suite 103
Dunwoody, Georgia 30338
678-336-5329 ext. 105



**From:** Joe Skalski
**Sent:** Monday, August 4, 2025 3:46 PM
**To:** jennifer.bell@irs.gov; 18888624146@efaxsend.com
**Cc:** Carmen Burroughs <carmen@skalskilaw.com>; Dorte Bieber <dorte@skalskicpas.com>
**Subject:** Dr. Jerry Williams - IRS Tax Defense

Dear Ms. Bell,

We are reaching out to you at the behest of Matthew Yore, who is evidently inaccessible at this time.

As mentioned in the vm I left on your phone, please be aware that I will be appearing on behalf of Dr. Williams for the call that originally was set for Tuesday August 5, but that I now understand from attorney Guinevere Moore has been unilaterally rescheduled by M. Yore for Wednesday August 6, 2025 at 1 pm ET.

A copy of our POA is attached which has already been filed with IRS CAF.

Please contact me to discuss any other details in respect of our upcoming conference.

Thank you in advance,


Joseph C. Skalski
Skalski Law Firm, LLC
1867 Independence Square, Suite 103
Dunwoody, Georgia 30338
678-336-5329 ext. 105