# U.S. District Court

## Oklahoma Western - Oklahoma City

Receipt Date: Sep 9, 2025 12:12PM

Gail Christensen - Christensen Law Group

| Rcpt. No: 500013582 | | Trans. Date: Sep 9, 2025 12:12PM | | | Cashier ID: #AW (6837) |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 205 | Miscellaneous Filing Fees | MC-25-004<br>**FBO**: Dr. Jerry Kimble Williams, Jr | 1 | 52.00 | 52.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $52.00 |
| | Total Due Prior to Payment: | $52.00 |
| | Total Tendered: | $52.00 |

**Comments**: Miscellaneous Filing Fees Case #:MC-25-004, FBO:Dr. Jerry Kimble Williams, Jr

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.