UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| INTERNAL REVENUE SERVICE,<br><br>    Petitioner,<br><br>v.<br><br>OLD GLORY BANK,<br><br>    Respondent,<br><br>v.<br><br>DR. JERRY KIMBLE WILLIAMS JR., an individual,<br><br>    Noticee. | Case No: 25-MC-04-SLP |

## PROOF OF SERVICE

This is to certify that on January 26, 2026, a true and correct copy of the Order to Show Cause [Doc. 3] was served by U.S. Certified Mail (tracking No. 9589071052702984796679) on the following:

    Travis Davidson
    Internal Revenue Service
    3154 Perimeter Parkway
    Augusta, GA 30909

See attached confirmation of delivery.

- 1 -

- 2 -

        Respectfully submitted,

        /s/ J. Clay Christensen
        J. Clay Christensen (OBA #11789)
        The Parkway Building
        3401 N.W. 63rd Street, Suite 600
        Oklahoma City, Oklahoma 73116
        Telephone: (405) 232-2020
        Facsimile: (405) 228-1115
        clay@christensenlawgroup.com
        *Attorney for Noticee,*
        *Dr. Jerry Kimble Williams Jr.*

ALERT: SEVERE WEATHER CONDITIONS ACROSS THE U.S. MAY DELAY PROCESSING, TRANS...

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052702984796679

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 10:21 am on January 29, 2026 in AUGUSTA, GA 30909.

### Get More Out of USPS Tracking:

**USPS Tracking Plus®**

### Delivered
**Delivered, Left with Individual**

AUGUSTA, GA 30909
January 29, 2026, 10:21 am



(//faq.usps.com/s/article/Where-is-my-package)

Travis Davidson
INTERNAL REVENUE SERVICE
3154 Perimeter Parkway
Augusta, GA 30909
Williams-1.26.26-Order

See Less ∧

Track Another Package